UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE LIFE IS GOOD COMPANY, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>MYLOCKER.COM, LLC; NAMECHEAP, )<br>INC. and RAMNODE LLC, )<br>    Defendants ) | C.A. No. 1:17-cv-11911 |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff The Life is Good Company ("Life is Good") hereby moves, pursuant to Fed.R.Civ.P. 65(a) and 15 U.S.C. § 1116, that this Court issue a preliminary injunction enjoining and restraining defendant Mylocker.com, Inc. ("Mylocker"), its directors, officers, agents, servants, employees, attorneys, subsidiaries, parents, affiliated companies, successors, and assigns, and all persons in active concert or participation with said defendant who receive actual notice of this Court's orders by personal service or otherwise, from (1) providing the software that allows the operator of the www.lifeisgoodshirt.com website to upload designs and offer them for sale at the www.lifeisgoodshirt.com website; (2) providing payment processing services in connection with the sale of products through the www.lifeisgoodshirt.com website; (3) providing fulfillment services in connection with the printing and shipping of products sold through the www.lifeisgoodshirt.com website; and (4) providing customer service to support sales at the www.lifeisgoodshirt.com website.

Additionally, Life is Good moves that this Court enter a preliminary injunction enjoining and restraining defendants Namecheap, Inc. and RamNode LLC, as well as their directors, officers, agents, servants, employees, attorneys, subsidiaries, parents, affiliated companies,

1

successors, and assigns, and all persons in active concert or participation with said defendants who receive actual notice of this Court's orders by personal service or otherwise, from providing web hosting, website management, server management, and/or any other services in connection with the operation of the www.lifeisgoodshirt.com website.

As grounds for this motion, Life is Good states that defendants' services allow the www.lifeisgoodshirt.com website to operate and to serve as a platform for the sale of products that infringe Life is Good's trademarks. Despite repeated notices from Life is Good, defendants have taken no steps to disable the infringing www.lifeisgoodshirt.com website or to prevent the website from continuing to offer for sale infringing products – forcing Life is Good to bring this action and seek equitable relief.

In support for this motion, Plaintiff relies upon its memorandum of law and its verified complaint.

        THE LIFE IS GOOD COMPANY,
        By its attorneys,


        ___/s/ Thomas E. Kenney_____
        Thomas E. Kenney (#561590)
        Pierce & Mandell, P.C.
        11 Beacon Street, Suite 800
        Boston, MA 02108
        (617) 720-2444
        tom@piercemandell.com

**CERTIFICATE OF FILING**

       I, Thomas E. Kenney, hereby certify that on October 4, 2017, this document, filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                                   /s/ Thomas E. Kenney
                                                   Thomas E. Kenney